**Electronically Filed
Supreme Court
SCWC-20-0000603
19-JUN-2025
02:14 PM
Dkt. 20 ODAC**

SCWC-20-0000603

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DAVID KIMO FRANKEL,
Respondent/Plaintiff-Appellant,

vs.

BOARD OF LAND AND NATURAL RESOURCES and
DEPARTMENT OF LAND AND NATURAL RESOURCES,
Petitioners/Defendants-Appellees,

and

RESORTTRUST HAWAII LLC,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000603; CASE NO. 1CC181001959)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Wong in place of Ginoza, J., recused)

        Petitioners/Defendants-Appellees Board of Land and
Natural Resources and Department of Land and Natural Resources'
Application for Writ of Certiorari, filed on May 2, 2025, is
hereby rejected.

        DATED: Honolulu, Hawai'i, June 19, 2025.

                            /s/ Mark E. Recktenwald

                            /s/ Sabrina S. McKenna

                            /s/ Todd W. Eddins

                            /s/ Vladimir P. Devens

                            /s/ Paul B.K. Wong

